ARMED SERVICES BOARD OF CONTRACT APPEALS

| | |
|---|---|
| Appeal of -- | ) |
| | ) |
| L-3 Communications Integrated Systems, L.P. | ) ASBCA No. 60746 |
| | ) |
| Under Contract No. N00019-05-D-0008 | ) |

APPEARANCES FOR THE APPELLANT:          Karen L. Manos, Esq.
                                        Erin N. Rankin, Esq.
                                          Gibson, Dunn & Crutcher LLP
                                          Washington, DC

APPEARANCES FOR THE GOVERNMENT:          E. Michael Chiaparas, Esq.
                                          DCMA Chief Trial Attorney
                                        Robert L. Duecaster, Esq.
                                          Trial Attorney
                                          Defense Contract Management Agency
                                          Chantilly, VA

ORDER OF DISMISSAL

The dispute which is the subject of this appeal having been settled, the appeal is dismissed with prejudice.

Dated: 23 May 2017

LYNDA T. O'SULLIVAN
Administrative Judge
Armed Services Board
of Contract Appeals

I certify that the foregoing is a true copy of the Order of Dismissal of the Armed Services Board of Contract Appeals in ASBCA No. 60746, Appeal of L-3 Communications Integrated Systems, L.P., rendered in conformance with the Board's Charter.

Dated:

JEFFREY D. GARDIN
Recorder, Armed Services
Board of Contract Appeals